AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KAESUE RAMDIAL | ) | Case No. 18-8249-DLB |
| | ) | |
| Defendant(s) | ) | |

FILED BY ____SP____ D.C.
MAY 3 0 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 26, 2018** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(6) | Material False Statement to a Firearms Dealer |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark B. Finnamore, Special Agent / ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/30/2018

_____
Judge's signature

City and state: West Palm Beach, Florida

Hon. Dave Lee Brannon, US Magistrate Judge
Printed name and title

## Complaint Affidavit

Your affiant, **Mark B. Finnamore**, first being duly sworn, does hereby depose and state as follows:

### Background

1. Your affiant is currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed in that capacity for approximately two months. Prior to my employment as a Special Agent with ATF, I attended the Federal Law Enforcement Training Center for the Criminal Investigator Training Program as well as Special Agent Basic Training with ATF, where I received extensive training in arson, explosives, and firearms related investigations. In my capacity as an ATF Special Agent I have received specialized training and experience in the investigation of federal firearms offenses.

2. This affidavit is submitted in support of a Criminal Complaint charging KAESUE RAMDIAL with making a material false statement to a firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6). Because this affidavit is being submitted for the sole purpose of the criminal complaint, it does not contain each and every fact known to me and the investigating team regarding the investigation. Rather, it contains the facts which I believe support probable cause.

3. I submit this affidavit based on information known to me personally from this investigation, as well as information obtained from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein. Additionally, I have consulted with ATF Special Agent Sara Connors. During S/A Connors tenure as an ATF Agent, she has gained experience in debriefing defendants, co-conspirators, witnesses

and informants that have been involved in the unlawful purchase/sale/distribution of firearms. S/A Connors has participated in several dozen cases, and debriefed individuals that were arrested for sending firearms to the Caribbean and other countries. S/A Connors knows that sometimes firearms "traffickers" utilize "straw" purchasers to obtain firearms and ammunition. In addition, S/A Connors has received information during the course of these debriefings with suspects, witnesses, and defendants, and personally observed in over one dozen recent ATF investigations that persons use the internet and telecommunications equipment to facilitate the purchase, sale, and distribution of firearms.

**Probable Cause**

4. This investigation began in reference to a suspicious firearm recovery in the Bahamas, where the original purchaser was KaeSue RAMDIAL, a United States Citizen born in Trinidad & Tobago. More recently, on May 26, 2018, ATF was notified of a suspicious multiple sale at the South Florida Gun Show in West Palm Beach, Florida, in the Southern District of Florida.

5. On May 26, 2018, at the aforementioned gun show, RAMDIAL purchased eight (8) Taurus G2C 9mm Pistols bearing serial numbers: TLN53907, TLN53396, TLN53814, TLN53839, TLN53331, TLN53519, TLN54093, and TLN53337. The firearms were purchased from Buddy's Guns, a Federal Firearms Licensed Dealer at the West Palm Beach gun show, located at the South Florida Fairgrounds in Palm Beach County, Southern District of Florida. It should be noted that Buddy's Guns has a storefront located at 4004 SW 64th Avenue, Davie, Florida.

6. During the purchase of the firearms, RAMDIAL completed a single ATF Form 4473 which is required to be completed during all sales and transfers of firearms from a licensed

dealer to a transferee. Question 11(a) requires the person completing the form, in this case RAMDIAL, to confirm that he was in fact the actual transferee/buyer of the eight (8) firearms purchased from Buddy's Guns. Question 11(a) provides a warning that you are not the actual transferee/buyer if you are acquiring the firearms on behalf of another person and if you are not the actual transferee/buyer, the licensee cannot transfer the firearms to you." Question 11(a) of the form in question simply asked RAMDIAL to answer "yes" or "no." RAMDIAL answered "yes," indicating that he was the actual transferee/buyer. RAMDIAL also certified on the form that his answer was "true, correct and complete."

7. Because RAMDIAL possesses a concealed weapons permit, he was permitted to leave the West Palm Beach Gun Show with all eight firearms after completing the ATF Form 4473 and attesting that he was the actual transferee/buyer.

8. On May 30, 2018, ATF agents and task force officers conducted a non-custodial, recorded interview of RAMDIAL. The interview was conducted at the headquarters of his place of employment. Before the interview began, RAMDIAL was advised by agents that he was free to leave at any time and was not being detained. During the interview, RAMDIAL stated that before the gun show, he was given $1,500 in U.S. currency by his brother, R.R., who is an immigrant and Legal Permanent Resident (LPR) from Trinidad. RAMDIAL stated he was given the money to purchase as many firearms as possible. RAMDIAL also stated that he was given half the money upfront and was then given the second half of the money upon successful purchase of the firearms.

9. RAMDIAL stated that he chose the Taurus firearms due to the low price of the firearms and the ability to purchase a larger number of the firearms. RAMDIAL then went on to state that he was successful in purchasing and delivering the firearms back to his residence at 5249

Galina Circle, Lake Worth, Florida. RAMDIAL stated that he was paid on Tuesday, May 29, 2018, the remaining amount of money for the firearms he had purchased at the Gun Show.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Mark Finnamore
Special Agent, ATF


SWORN TO AND SUBSCRIBED BEFORE
ME THIS __30th__ DAY OF MAY,
2018, AT WEST PALM BEACH, FLORIDA,
SOUTHERN DISTRICT OF FLORIDA.

_____
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-8249-DLB

**UNITED STATES OF AMERICA**

vs.

**KAESUE RAMDIAL,**

**Defendant.**
_____/

FILED BY SP D.C.
MAY 30 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
TEL (561) 820-8711